AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| (SEE ATTACHMENT) | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| (SEE ATTACHMENT) | ) |
| Defendant | ) |

3109

**Summons in a Civil Action**

To:     LOCAL NO. 856 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS;
        (Defendant's name)    INTERNATIONAL BROTHERHOOD OF
                                                              TEAMSTERS; JOE MARTINELLI; and

A lawsuit has been filed against you.        DOES 1 through 50, inclusive

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                Richard W. Wieking
                                                                                             Name of clerk of court

Date: _____          MARY ANN BUCKLEY
                                                                                               Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)