FILED

03 JUN 26 PM 3:32

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  David M. Poore, SBN 192541
   dpoore@kahnbrownlaw.com
2  Scott A. Brown, SBN 177099
   sbrown@kahnbrownlaw.com
3  Deborah K. Wong, SBN 135787
   dwong@kahnbrownlaw.com
4  KAHN BROWN & POORE LLP
   755 Baywood Drive, Suite 185
5  Petaluma, California 94954
   Telephone:   (707) 763-7100
6  Facsimile:   (707) 763-7180

7  Attorneys for Plaintiffs and Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN PAULSEN; LONNIE MC___; NEVA SMITH; MARCO RAMIREZ; SIMONE RIVERS; ULISES RAMIREZ; FREDI BLOOM; KUO LEW; CARMEN M. VANCE; JEFF VIRZI; JESSICA FORT; SELINA JOHNSON; MARY T. MUNDAL; ALISHA KRUPINSKEY; NUVIA EDITH URIZAR; JEFF WHITE; WARDELL ANDERSON, PATRICIA BONELI, on behalf themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL NO. 856 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; JOE MARTINELLI; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 08 3109 EDL<br><br>**NOTICE OF RELATED CASES**<br>[Civil L.R. 3-12] |

BY FAX

-1-
NOTICE OF RELATED CASES
*PAULSEN V. LOCAL 856 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL.*

TO THE COURT AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-12, plaintiff Kathleen Paulsen hereby submits the following Notice of Related Cases, which are pending before Chief Magistrate Judge James Larson:

**Cases:**

*Paulsen v. County of Marin,* United States District Court, Northern District of California Action No. C07-01944 JL, filed 4/5/2007. The related *Paulsen* case is a class action case against the County of Marin for violations of FLSA. It involves many of the same plaintiffs and class members. The allegations in the related *Paulsen* case stem from the same labor issues.

As stated above, the instant action:

    (a)    Concerns substantially the same parties, transactions and/or events as the claim stated in the related *Paulsen* action.

    (b)    It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Therefore, an assignment to a single judge would likely promote judicial economy.

Dated: June 26, 2008                      KAHN BROWN & POORE LLP

By: _____
David M. Poore
Attorneys for Plaintiff