| Clerk's Use Only |
|---|
| Initial for fee pd.: |

RICHARD GIBSON, ESQ.
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, NW
Washington, D.C.  20001
Telephone:  (202) 624-6940

FILED

08 AUG 20 PM 1:30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Kathleen Paulsen, et al.

E-filing

Plaintiff(s),

CASE NO. C08-3109 EDL

v.

Teamsters Local 856, et al.

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

_____Defendant(s). _____/

Pursuant to Civil L.R. 11-3, Richard Gibson         , an active member in good standing of the bar of District of Columbia         , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Intnl. Brotherhood of Teamsters   in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Andrew H. Baker, 1404 Franklin Street, 5th Floor, Oakland, CA 94612
Telephone: (510) 625-9700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2008