UNITED STATES DISTRICT COURT
Northern District of California

Kathleen Paulsen, et. al.

CASE NO. C08-3109 EDL

Plaintiff(s),

v.

Teamsters Local 856, et al.

Defendant(s).

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Richard Gibson , an active member in good standing of the bar of

District of Columbia          whose business address and telephone number

(particular court to which applicant is admitted)

is

International Brotherhood of Teamsters
25 Louisiana Avenue, NW, Washington, D.C. 20001
telephone number (202) 624-6940,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Elizabeth D. Laporte
United States Magistrate Judge