UNITED STATES DISTRICT COURT
For the Northern District of California

1
2 UNITED STATES DISTRICT COURT
3 Northern District of California
4
5 Kathleen Paulsen, et. al.
6          CASE NO. C08-3109 EDL
7
           (Proposed)
    Plaintiff(s),   ORDER GRANTING APPLICATION
8 v.         FOR ADMISSION OF ATTORNEY
           *PRO HAC VICE*
9 Teamsters Local 856, et al.
10
11
    Defendant(s).
12 _____/
13 Richard Gibson      , an active member in good standing of the bar of
14 District of Columbia     whose business address and telephone number
15 (particular court to which applicant is admitted)
16 is
17 International Brotherhood of Teamsters
  25 Louisiana Avenue, NW, Washington, D.C. 20001
18 telephone number (202) 624-6940
19 having applied in the above-entitled action for admission to practice in the Northern District of
20 California on a *pro hac vice* basis, representing
21    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
22 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
23 *vice*. Service of papers upon and communication with co-counsel designated in the application will
24 constitute notice to the party. All future filings in this action are subject to the requirements
25 contained in General Order No. 45, *Electronic Case Filing*.
26
27 Dated:
28  Aug 21, 2008        _____
             Elizabeth D. Laporte
             United States Magistrate Judge

RECEIVED
08 AUG 20 PM 1:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA