| | |
|---|---|
| 1 | ANDREW H. BAKER, SBN 104197 |
|   | BEESON, TAYER & BODINE, APC |
| 2 | 1404 Franklin Street, 5th Floor |
|   | Oakland, CA  94612-3208 |
| 3 | Telephone:     (510) 625-9700 |
|   | Facsimile:      (510) 625-8275 |
| 4 | Email:             abaker@beesontayer.com |
| 5 | Attorneys for Defendants |
|   | Teamsters Local 856 & Joe Martinelli |
| 6 | |
|   | RICHARD W. GIBSON, *Admitted Pro Hac Vice* |
| 7 | INTERNATIONAL BROTHERHOOD OF TEAMSTERS |
|   | 25 Louisiana Avenue, NW |
| 8 | Washington, D.C.  20001 |
|   | Telephone:     (202) 624-6940 |
| 9 | Facsimile:      (202) 624-6884 |
|   | Email:             RGibson@Teamster.org |
| 10 | |
|   | Attorney for Defendant IBT |
| 11 | |
|   | DAVID M. POORE, SBN 192541 |
| 12 | SCOTT A. BROWN, SBN 177099 |
|   | KAHN BROWN & POORE LLP |
| 13 | 110 Kentucky Street |
|   | Petaluma, CA  94952 |
| 14 | Telephone:     (707) 763-7100 |
|   | Facsimile:      (707) 763-7180 |
| 15 | Email:             dpoore@kahnbrownlaw.com |
| 16 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**AT SAN FRANCISCO**

| KATHLEEN PAULSEN, et al. | Case No. C08-3109 EDL |
|---|---|
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| TEAMSTERS LOCAL 856; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; AND JOE MARTINELLI, | Hearing Date:      September 30, 2008 |
| | Hearing Time:     3:00 p.m. |
| | Courtroom:          E, 15th Floor |
| | Judge:                   Elizabeth D. Laporte |
| Defendants. | Complaint Filed:  June 26, 2008 |

STIP & ~~PROPOSED~~ ORDER TO CONTINUE CMC
Case No. C08-3109 EDL

1   Plaintiffs and Defendants Teamsters Local 856, International Brotherhood of Teamsters, and Joseph Martinelli hereby stipulate to continue the Initial Case Management Conference in this matter, currently calendared for September 30, 2008, to October 31, 2008, immediately following the hearing in this matter on Defendants' Motions to Dismiss, or on a later date after determination on the Motions.  Good cause exists to grant this continuance on the following grounds:  (1) Defendants have filed Motions to Dismiss the Complaint which are set for hearing approximately one month after the presently scheduled Initial Case Management Conference; (2) the outcome of the Motions to Dismiss would likely impact the scope and substance of the pre-trial scheduling order in this case; and (3) judicial economy, including the costs of litigation, would be furthered by either hearing the Motions concurrently with the Initial Case Management Conference, or setting the Initial Case Management Conference after the determination on the pending Motions.  The parties are not making this request for any improper purpose, including delay.

Dated:  September 23, 2008               BEESON, TAYER & BODINE, APC

                                         By:      /s/Andrew H. Baker
                                                  ANDREW H. BAKER
                                         Attorneys for Teamsters Local 856 & Joe Martinelli

Dated:  September 23, 2008               INTNL. BROTHERHOOD OF TEAMSTERS

                                         By:      /s/Richard W. Gibson
                                                  RICHARD W. GIBSON
                                         Attorneys for IBT

Dated:  September 23, 2008               KAHN BROWN & POORE LLP

                                         By:      /s/David M. Poore
                                                  DAVID M. POORE
                                         Attorneys for Plaintiffs

///

///

///

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management Conference
2  is hereby continued from September 30, 2008, to _October 31_____, 2008, at _10:00 a_.m. in
3  Courtroom E, 15th Floor, 450 Golden Gate, San Francisco, California.

Dated: _September 23, 2008_

_____
Honorable Elizabeth D. Laporte
U.S.M.J.

IT IS SO ORDERED
Judge Elizabeth D. Laporte

[Seal: United States District Court, Northern District of California]

2

STIP & PROPOSED ORDER TO CONTINUE CMC
Case No. C08-3109 EDL