1   David M. Poore, SBN 192541
    Scott A. Brown, SBN 177099
2   dpoore@kahnbrownlaw.com
    KAHN BROWN & POORE LLP
3   110 Kentucky Street
    Petaluma, California 94952
4   Telephone:    (707) 763-7100
    Facsimile:    (707) 763-7180
5
    Attorneys for Plaintiffs and Proposed Class
6
    Andrew H. Baker
7   abaker@beesontayer.com
    Beeson, Tayer & Bodine
8   1404 Franklin Street, 5th Floor
    Oakland, CA 94612
9   Telephone:  (510) 625-9700 ext. 300
    Facsimile:  (510) 625-8275
10
    Attorneys for Defendants
11  Teamsters Local 856, Joseph Martinelli

12  Richard Gibson, Esq.
    rgibson@teamsters.org
13  International Brotherhood of Teamsters
    25 Louisiana Ave., NW
14  Washington, DC  20001
    Telephone: (202) 624-6940
15
    Attorneys for IBT, *Pro Hac Vice*
16
                **UNITED STATES DISTRICT COURT**
17
                **NORTHERN DISTRICT OF CALIFORNIA**
18

19  KATHLEEN PAULSEN; et al, on behalf        Case No.  C08-3109 EDL
    themselves, and on behalf of all others
20  similarly situated,
                                              **STIPULATION AND [PROPOSED]**
21                                            **ORDER CONTINUING INITIAL CASE**
                        Plaintiffs,           **MANAGEMENT CONFERENCE**
22
    v.
23

24  LOCAL NO. 856 OF INTERNATIONAL
    BROTHERHOOD OF TEAMSTERS;
25  INTERNATIONAL BROTHERHOOD OF
    TEAMSTERS; JOE MARTINELLI; and
26  DOES 1 through 50, inclusive,

27                      Defendants.

28
                                    -1-

1

IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective

2 counsel of record that the Initial Case Management Conference ("CMC"), presently set for

3 October 31, 2008 at 10:00 a.m. be continued for a period of approximately three to four weeks to

4 allow the Court to issue a ruling on the pending Motions to Dismiss, and provide the parties an

5 opportunity to prepare an Initial CMC Statement and Discovery Plan once the Court rules upon

6 the motions.  Defendants currently have hearings on their Motions to Dismiss scheduled for

7 October 31, 2008.  Until the motions are ruled on, it would be difficult for the parties to separate

8 the issues to address before the court in a Case Management Conference.  The parties have also

9 agreed to extend the time for filing initial disclosures in accordance with the new Case

10 Management Conference date.

11

Good cause exists to continue the Case Management Conference on the following

12 grounds.  First, the parties' attorneys recently attended a meet and confer conference to develop a

13 Joint Case Management Conference.  However, the attorneys were unable to complete the meet

14 and confer conference as the status of the pleadings is unclear in light of the pending Motions to

15 Dismiss.  In particular, the parties were unable to discern what pertinent factual and legal issues

16 will be in dispute in this litigation as the outcome of the pending Rule 12 motions may alter the

17 number of the causes of action, or the number of defendants in this case.  Second, the parties were

18 unable to develop a joint Discovery Plan as the claims may be impacted by the pending motions.

19 As a result, the preparation of a Joint CMC Statement and Discovery Plan would be premature

20 until the ruling on the Motions to Dismiss.  Finally, the parties are not making this request for any

21 improper purpose, including delay.  Instead, the parties are making this request in order to

22 promote judicial economy, including avoiding an unnecessary Initial CMC hearing in which the

23 parties are unable to address the pertinent issues to develop a discovery plan and narrow the

24 factual and legal issues for discovery and trial.

25 ///

26 ///

27 ///

28

STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
*PAULSEN V. LOCAL 856 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL. C08-3109 EDL*

1    **SO STIPULATED**.

2

3    Dated:  October 24, 2008                    KAHN BROWN & POORE LLP

4

5                                                      _/s/ David M. Poore_____
                                                    David M. Poore
6                                                    Attorneys for Plaintiff

7

8    Date: October 24, 2008                     BEESON, TAYER & BODINE

9

10                                                    _/s/ Andrew H. Baker_____
                                                    Andrew H. Baker
11                                                   Attorneys for Defendants
                                                    Teamsters Local 856, Joseph Martinelli, and
12                                                   Local Counsel for IBT

13   Date: October 24, 2008                     International Brotherhood of Teamsters

14

15                                                    _/s/ Richard Gibson_____
                                                    Richard Gibson
16                                                   Attorneys for Defendants
                                                    International Brotherhood of Teamsters, *Pro*
17                                                   *Hac Vice*

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28
                                            -3-

1

**[PROPOSED] ORDER**

2

3       **IT IS SO ORDERED**.   The Court finds that good cause exists to continue the Initial

4   Case Management Conference.   The Initial Case Management Conference is continued from

5   October 31, 2008, to ___November 25___, 2008, at ___10:00 a.m___.m. in Courtroom E, 15th

6   Floor, San Francisco, California.

7

8

9   Dated: ___October 27, 2008___                    _____

10                                              HON. ELIZABETH D. LAPORTE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-