| | |
|---|---|
| 1 | ANDREW H. BAKER, SBN 104197<br>BEESON, TAYER & BODINE, APC |
| 2 | 1404 Franklin Street, 5th Floor<br>Oakland, CA  94612-3208 |
| 3 | Telephone:    (510) 625-9700<br>Facsimile:     (510) 625-8275 |
| 4 | Email:           abaker@beesontayer.com» |
| 5 | Attorneys for Defendants |
| 6 | Teamsters Local 856 and Joe Martinelli |
| 7 | RICHARD W. GIBSON, ESQ., *Admitted Pro Hac Vice*<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS |
| 8 | 25 Louisiana Avenue, NW<br>Washington, D.C.  20001 |
| 9 | Telephone:    (202) 624-6940<br>Facsimile:     (202) 624-6884 |
| 10 | Email:           RGibson@Teamster.org |
| 11 | Attorneys for Defendant IBT |
| 12 | DAVID M. POORE, SBN 192541<br>SCOTT A. BROWN, SNB 177099 |
| 13 | KAHN BROWN & POORE LLP<br>110 Kentucky Street |
| 14 | Petaluma, CA  94952<br>Telephone:    (707)763-7100 |
| 15 | Facsimile:     (707) 763-7180<br>email:            dpoore@kahnbrownlaw.com |
| 16 | Attorneys for Plaintiffs and Proposed Class |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| | |
|---|---|
| KATHLEEN PAULSEN, et al., on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEAMSTERS LOCAL 856; INTERNATIONAL BROTHERHOOD OF TEAMSTERS; AND JOE MARTINELLI,<br><br>Defendants. | Case No. C08-3109 EDL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:      November 25, 2008<br>Hearing Time:     10:00 a.m.<br>Courtroom:          E, 15th Floor<br>Judge:                   Hon. Elizabeth D. Laporte<br>Complaint Filed:  June 26, 2008<br>Trial Date:            None set |

1  IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective
2  counsel of record that the Initial Case Management Conference ("CMC"), presently set for November
3  25, 2008 at 10:00 a.m. be continued to a date certain set by the Court.
4  Good cause exists to continue the Case Management Conference on the following grounds.
5  By Order dated November 6, 2008, the Court granted Defendants' Motions to Dismiss, with leave to
6  amend.  Pending Plaintiffs filing an Amended Complaint, the parties are unable to address the topics
7  to be covered in a Case Management Conference.
8  SO STIPULATED.

Dated:  November 18, 2008        BEESON, TAYER & BODINE, APC

By:      /s/Andrew H. Baker
         ANDREW H. BAKER
Attorneys for Teamsters Local 856 and Joe Martinelli

Dated:  November 18, 2008        INTERNATIONAL BROTHERHOOD OF TEAMSTERS

By:      s/s Richard W. Gibson
         RICHARD W. GIBSON
Attorneys for IBT, *in pro hac vice*

Dated:  November 18, 2008        KAHN BROWN & POORE LLP

By:      /s/David M. Poore
         DAVID M. POORE
Attorneys for Plaintiffs

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**  The Court finds that good cause exists to continue the Initial Case Management Conference.  The Initial Case Management Conference is continued from November 25, 2008, to December 23, 2008, at 10:00 a. m. in Courtroom E, 15th Floor, San Francisco, California. The parties shall file a joint case management conference statement no later than December 16, 2008.

Dated:  November 19, 2008

Honorable Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*