1   David M. Poore, SBN 192541
    Scott A. Brown, SBN 177099
2   dpoore@kahnbrownlaw.com
    KAHN BROWN & POORE LLP
3   110 Kentucky Street
    Petaluma, California 94952
4   Telephone:     (707) 763-7100
    Facsimile:     (707) 763-7180
5
    Attorneys for Plaintiffs and Proposed Class
6
    Andrew H. Baker
7   abaker@beesontayer.com
    Beeson, Tayer & Bodine
8   1404 Franklin Street, 5th Floor
    Oakland, CA 94612
9   Telephone:  (510) 625-9700 ext. 300
    Facsimile:  (510) 625-8275
10
    Attorneys for Defendants
11  Teamsters Local 856, Joseph Martinelli

12  Richard Gibson, Esq.
    rgibson@teamsters.org
13  International Brotherhood of Teamsters
    25 Louisiana Ave., NW
14  Washington, DC  20001
    Telephone: (202) 624-6940
15
    Attorneys for IBT, *Pro Hac Vice*
16
                    **UNITED STATES DISTRICT COURT**
17
                  **NORTHERN DISTRICT OF CALIFORNIA**
18

19  KATHLEEN PAULSEN; et al, on behalf          **Case No.  C08-3109 EDL**
    themselves, and on behalf of all others
20  similarly situated,
                                                 **STIPULATION AND [~~PROPOSED~~]**
21                                               **ORDER CONTINUING INITIAL CASE**
                    Plaintiffs,                  **MANAGEMENT CONFERENCE**
22
    v.
23

24  LOCAL NO. 856 OF INTERNATIONAL
    BROTHERHOOD OF TEAMSTERS;
25  INTERNATIONAL BROTHERHOOD OF
    TEAMSTERS; JOE MARTINELLI; and
26  DOES 1 through 50, inclusive,

27                  Defendants.

28
                                          -1-

IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective counsel of record that the Initial Case Management Conference ("CMC"), presently set for December 23, 2008 at 10:00 a.m. be continued for a period of approximately ninety days to allow defendants an opportunity to respond to the recently amended complaint and provide the parties an opportunity to prepare an Initial CMC Statement and Discovery Plan once the Court rules upon defendants' anticipated Motion to Dismiss.  Plaintiff's First Amended Complaint was filed with the court on December 5, 2008.  Defendants intend to file a Motion to Dismiss, however it has not yet been filed and no hearing date has been set.  Until the Court rules upon defendants' Motion to Dismiss, it would be difficult for the parties to separate the issues to address before the court in a Case Management Conference.  The parties have also agreed to extend the time for filing initial disclosures in accordance with the new Case Management Conference date.

Good cause exists to continue the Case Management Conference on the following grounds.  First, the parties' attorneys previously attended a meet and confer conference to develop a Joint Case Management Conference.  However, at the time, there was a motion to dismiss hearing pending and the attorneys were unable to complete the meet and confer conference as the status of the pleadings were unclear in light of the pending Motions to Dismiss.  Since that time, plaintiffs have amended their complaint.  Defendants' responsive pleading to the First Amended Complaint has not yet been filed, however defendants intend upon filing another Motion to Dismiss.  As a result, the preparation of a Joint CMC Statement and Discovery Plan would be premature until defendants' the Court has ruled on defendants' Motion to Dismiss.  Finally, the parties are not making this request for any improper purpose, including delay.  Instead, the parties are making this request in order to promote judicial economy, including avoiding an unnecessary Initial CMC hearing in which the parties are unable to address the pertinent issues to develop a discovery plan and narrow the factual and legal issues for discovery and trial.   The parties are requesting a 90-day extension so as to provide enough time to bring the case at issue and not burden the court with multiple stipulations.

///

1    **SO STIPULATED**.

2

3    Dated:  December 17, 2008                    KAHN BROWN & POORE LLP

4

5                                                _____/s/_____
                                                 David M. Poore
6                                                Attorneys for Plaintiff

7

8    Date: December 17, 2008                     BEESON, TAYER & BODINE

9

10                                               _____/s/_____
                                                 Andrew H. Baker
11                                               Attorneys for Defendants
                                                 Teamsters Local 856, Joseph Martinelli, and
12                                               Local Counsel for IBT

13   Date: December 17, 2008                     International Brotherhood of Teamsters

14

15                                               _____/s/_____
                                                 Richard Gibson
16                                               Attorneys for Defendants
                                                 International Brotherhood of Teamsters, *Pro*
17                                               *Hac Vice*

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28
                                            -3-
—————————————————————————————————————————————————
STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
*PAULSEN V. LOCAL 856 OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL. C08-3109 EDL*

1

## [~~PROPOSED~~] ORDER

2

3    **IT IS SO ORDERED**.  The Court finds that good cause exists to continue the Initial

4  Case Management Conference.  The Initial Case Management Conference is continued from

5  December 23, 2008 to ____March 3_____, 2009, at __10:00____ a.m. in Courtroom E, 15th

6  Floor, San Francisco, California.

7

8

9  Dated: __12/18/08_____

10                                        HON. _____

11                                        Judge Elizabeth D. Laporte

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-